ORIGINAL

FILED
FEB 2 2 2006
U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**QUALXSERV, LLC** )
)
)
) No. 06-138T
)
**Plaintiff,** )
)
**v.** )
)
**THE UNITED STATES** )
)
**Defendant.** )

## COMPLAINT

### Introduction

QualxServ, LLC ("QualxServ") brings this action for refund of excise taxes in the amount of $32,456.57, collected by the Internal Revenue Service based on a misinterpretation of the Internal Revenue Code of 1986 ("Code"). Sections 4251 and 4252 of the Code (26 U.S.C. §§ 4251 and 4252) demand that in order to be taxable long distance service, distance must be a factor in determining the charges. The Internal Revenue Service, however, collected excise taxes for long distance service for which QualxServ was billed based solely on the duration of each call. Because distance was not a factor in determining charges, QualxServ is entitled to

a refund of these taxes. Plaintiff, through its attorneys, accordingly files its Complaint against the United States of America as follows:

1. QualxServ brings this action under sections 6532 and 7422 of the Code for a refund on federal excise taxes QualxServ paid the Defendant United States of America ("Defendant") with respect to claims made for (i) the taxable quarters ended June 30, 2002 through June 30, 2005 and (ii) the taxable quarter ended March 31, 2002, and statutory interest on all of these claims.

## Parties and Jurisdiction

### The Parties

2. QualxServ is a Delaware corporation whose corporate headquarters and principal place of business are located in Tewksbury, Massachusetts. QualxServ's address is 836 North Street, Tewksbury, Massachusetts 01876.

3. QualxServ's Employer Identification Number is 13-4114547.

4. Defendant is the United States of America.

### Jurisdiction

5. Jurisdiction is conferred upon this Court under 28 U.S.C. § 1491.

## Factual Allegations

### COUNT I
### (2002, 2003, 2004 and 2005 Tax Years)

6. QualxServ realleges and incorporates paragraphs 1 through 5 of its Complaint as is fully restated herein.

7. QualxServ seeks to recover federal excise taxes in the amount of $30,009.46, together with interest as provided by law, for the 2002, 2003, 2004 and 2005 tax years.

8. QualxServ paid the taxes at issue during the quarter ended June 30, 2002 through the quarter ended June 30, 2005.

9. During the quarters listed above, QualxServ purchased intrastate, interstate, and international long distance telephone service from Sprint and MCI ("QualxServ's Services").

10. Sprint and MCI collected federal excise taxes from QualxServ in the amount of $30,009.46, remitted the taxes to the Internal Revenue Service, and reported the taxes on Forms 720.

11. On July 28, 2005, QualxServ timely filed claims for refund of the $30,009.46 sought in this Count I. This is the aggregate amount of taxes paid by QualxServ with respect to the taxable quarters ended June 30, 2002 through June 30, 2005. These claims for refund satisfy the requirements of sections 6532 and 7422 of the Code.

12. Attached hereto as **Exhibit A** are true and correct copies of the Forms 8849 filed for the taxable quarters ended June 30, 2002 through June 30, 2005.

13. Section 4251(a) imposes tax on amounts paid for "communications services." The tax is imposed on the "person paying for such services."

14. Section 4252(b)(1)(B) provides that the term "communications services" means "toll telephone service."

15. Section 4252(b)(1) provides that the term "toll telephone service" means "a telephonic quality communication for which (A) there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication **and** (B) the charge is paid within the United States." The service described in section 4252(b)(1) is referred to below as "taxable long distance service."

16. With the exception of calls to and from Mexico, however, Sprint and MCI's charges for QualxServ's Services were based solely on the duration of each call, *i.e.*, the "elapsed transmission time." Distance was **not** a factor in determining charges.

17. Accordingly, the service did not constitute taxable long distance service under section 4251(a), section 4251(b)(1)(B), and section 4252(b)(1), and

QualxServ is entitled to a refund of all taxes paid through Sprint and MCI on such service.

18. Section 4252(b)(2) provides that the term "toll telephone service" includes wide area telephone service, also known as WATS. WATS is defined as:

> service which entitles the subscriber, upon payment of a periodic charge (determined as a flat amount or upon the basis of total elapsed transmission time) to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone stations in a specified area which is outside the local telephone system area in which the station provided with this service is located.

19. QualxServ's Services did not constitute WATS as defined in section 4252(b)(2). In particular, the service did not entitle the taxpayer to an unlimited number of calls to a specified service area for which a charge was made based on a flat fee or elapsed transmission time. Instead, Sprint and MCI provided the taxpayer with telephone service to any location in the United States for which QualxServ was charged an amount that varied based upon the time of each individual call.

20. By letter dated September 8, 2005, a true and correct copy of which is attached as **Exhibit B**, the IRS notified Qualxserv that Qualxserv's claim for a refund had been received and would be sent to the Area Office for review.

21. The Internal Revenue Service has not allowed QualxServ's claims for refund. More than six months have passed since the filing of the refund claims.

22. By reason of the foregoing, QualxServ has overpaid its federal excise tax for the taxable quarters ended June 30, 2002 through June 30, 2005. Defendant has refused or failed to refund any part of the overpayment.

23. QualxServ is the sole owner of this claim and has made no assignment or transfer of any part of this claim.

WHEREFORE, QualxServ prays for judgment against the United States in the sum of $30,009.46 representing overpayments in the taxable years of 2002, 2003, 2004, and 2005, interest thereon as provided by law, and such other and further relief that this Court deems equitable and proper.

**COUNT II**
**(2002 Tax Year)**

24. QualxServ realleges and incorporates paragraphs 1 through 5 of its Complaint as is fully restated herein.

25. QualxServ seeks to recover federal excise taxes in the amount of $2,447.11, together with interest as provided by law, for taxes paid during the 2002 tax year.

26. QualxServ paid the taxes at issue during the quarter ended March 31, 2002.

27. During the quarters listed above, QualxServ purchased intrastate, interstate, and international long distance telephone service from Sprint and MCI ("QualxServ's Services").

28. Sprint and MCI apparently collected federal excise taxes from QualxServ in the amount of $2,447.11, remitted the taxes to the Internal Revenue Service, and reported the taxes on Forms 720.

29. On July 28, 2005, QualxServ timely filed claims for refund of the $2,447.11 sought in this Count II. This is the aggregate amount of taxes paid by QualxServ with respect to the taxable quarter ended March 31, 2002. These claims for refund satisfy the requirements of sections 6532 and 7422 of the Code.

30. Attached hereto as **Exhibit A** are true and correct copies of the Forms 8849 filed for the taxable quarter March 31, 2002.

31. Section 4251(a) imposes tax on amounts paid for "communications services." The tax is imposed on the "person paying for such services."

32. Section 4252(b)(1)(B) provides that the term "communications services" means "toll telephone service."

33. Section 4252(b)(1) provides that the term "toll telephone service" means "a telephonic quality communication for which (A) there is a toll charge which varies in amount with the distance and elapsed transmission time of each

individual communication **and** (B) the charge is paid within the United States." The service described in section 4252(b)(1) is referred to below as "taxable long distance service."

34. With the exception of calls to and from Mexico, however, Sprint and MCI's charges for QualxServ's Services were based solely on the duration of each call, *i.e.*, the "elapsed transmission time." Distance was **not** a factor in determining charges.

35. Accordingly, the service did not constitute taxable long distance service under section 4251(a), section 4251(b)(1)(B), and section 4252(b)(1), and QualxServ is entitled to a refund of all taxes paid through Sprint and MCI on such service.

36. Section 4252(b)(2) provides that the term "toll telephone service" includes wide area telephone service, also known as WATS. WATS is defined as:

> service which entitles the subscriber, upon payment of a periodic charge (determined as a flat amount or upon the basis of total elapsed transmission time) to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone stations in a specified area which is outside the local telephone system area in which the station provided with this service is located.

37. QualxServ's Services did not constitute WATS as defined in section 4252(b)(2). In particular, the service did not entitle the taxpayer to an unlimited

number of calls to a specified service area for which a charge was made based on a flat fee or elapsed transmission time. Instead, Sprint and MCI provided the taxpayer with telephone service to any location in the United States for which QualxServ was charged an amount that varied based upon the time of each individual call.

38. This suit is subject to 28 U.S.C. § 2401 (establishing a general six year statute of limitations for claims, tax or otherwise, against the United States) and not 26 U.S.C. § 6511 (establishing a 3 year statute of limitations for certain tax claims) since section 6511 is limited, and only applies, to tax refund claims filed by taxpayers who are "required to file a return" for the particular tax they have overpaid or claim to have overpaid. Although QualxServ is the taxpayer, it is not "required to file a return," as stated in 26 U.S.C. §6511(a). Rather, the Sprint and MCI, acting as the IRS's collecting agents, collected the tax from QualxServ and filed the returns.

39. By letter dated August 24, 2005, a true and correct copy of which is attached as **Exhibit C**, the IRS notified QualxServ that QualxServ's claim for a refund of had been disallowed because it was untimely.

40. The IRS miscalculated the time within which a claim for refund had to be filed with respect to QualxServ's overpayment of 2002 taxes.

41. QualxServ's claims for refund of 2002 taxes were timely filed.

42. By reason of the foregoing, QualxServ has overpaid its federal excise tax for the taxable quarters ended March 31, 2002. Defendant has refused or failed to refund any part of the overpayment.

43. QualxServ is the sole owner of this claim and has made no assignment or transfer of any part of this claim.

WHEREFORE, QualxServ prays for judgment against the United States in the sum of $2,447.11 representing overpayments in the taxable year 2002, interest thereon as provided by law, and such other and further relief that this Court deems equitable and proper.

WHEREFORE, QualxServ prays for judgment against the United States in the total sum of $32,456.57 representing overpayments in the taxable year 2002, 2003, 2004 and 2005, interest thereon as provided by law, and such other and further relief that this Court deems equitable and proper.

This 16th day of February 2006.

TROUTMAN SANDERS LLP

Thomas E. Borton IV
Georgia Bar No. 068733

Attorney for Plaintiff Qualxserv, LLC

5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3275
(404) 962-6859 (fax)

# EXHIBIT A

Form **8849** (Rev. February 2005)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: Q u a l x s e r v

Employer identification number (EIN): 1 3 4 1 1 4 5 4 7

Address (number, street, room or suite no.): 8 3 6 N o r t h S t r e e t

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: T e w k s b u r y M a s s a c h u s e t t s

ZIP code: 0 1 8 7 6

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 1 2

Daytime telephone number (optional): 8 0 0 9 7 0 5 2 0 6

**Caution:** ***Do not*** *use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720)****, Claims,* ***Form 4136****, Credit for Federal Tax Paid on Fuels,* ***Form 2290****, Heavy Highway Vehicle Use Tax Return, or* ***Form 730****, Monthly Tax Return for Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors | ☐ |
| **Schedule 3** | Alcohol Fuel Mixtures and Biodiesel Mixtures | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☑ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] 7/25/05

Signature and title (if applicable) Date

**Robert P. Williams, II**

Type or print your name below signature.



Exhibit A
Page 2

| Schedule 6 (Form 8849) (Rev. February 2005) Department of the Treasury Internal Revenue Service | **Other Claims** ▶ Attach to Form 8849. | OMB No. 1545-1420 |
|---|---|---|

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Qualxserv | 134114547 | $ 13,025.27 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 01012002 Latest date ▶ 03312003

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise Tax - Communications - 1st Quarter 2002 | $ 2,447 | 11 | |
| 2 | Excise Tax - Communications - 2nd Quarter 2002 | 3,186 | 13 | |
| 3 | Excise Tax - Communications - 3rd Quarter 2002 | 2,283 | 25 | |
| 4 | Excise Tax - Communications - 4th Quarter 2002 | 2,613 | 26 | |
| 5 | Excise Tax - Communications - 1st Quarter 2003 | 2,495 | 52 | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Please see Exhibit A**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use* **Form 720X,** *Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

**Schedule 6 (Form 8849)**
(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Qualxserv | 134114547 | $ 9,037.89 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 04012003 Latest date ▶ 06302004

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise Tax - Communications - 2nd Quarter 2003 | $ 1,381 | 12 | |
| 2 | Excise Tax - Communications - 3rd Quarter 2003 | 2,373 | 78 | |
| 3 | Excise Tax - Communications - 4th Quarter 2003 | 1,824 | 42 | |
| 4 | Excise Tax - Communications - 1st Quarter 2004 | 1,845 | 71 | |
| 5 | Excise Tax - Communications - 2nd Quarter 2004 | 1,612 | 85 | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Please see Exhibit A**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use* ***Form 720X,*** *Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

**Schedule 6 (Form 8849)**
(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Qualxserv | 134114547 | $ 10,393.41 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 07012004 Latest date ▶ 06302005

| | Tax | Amount of refund | | CRN |
|---|---|---|---|---|
| 1 | Excise Tax - Communications - 3rd Quarter 2004 | $ 2,681 | 73 | |
| 2 | Excise Tax - Communications - 4th Quarter 2004 | 1,576 | 35 | |
| 3 | Excise Tax - Communications - 1st Quarter 2005 | 4,062 | 76 | |
| 4 | Excise Tax - Communications - 2nd Quarter 2005 | 1,872 | 57 | |
| 5 | | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**Please see Exhibit A**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

EXHIBIT A

Qualxserv (the "Taxpayer") has erroneously paid excise tax at a rate of 3% on its purchases of long distance services under 26 U.S.C. § 4251 and seeks a refund. The refund amount was calculated on a quarterly basis by adding the amount of excise tax paid by Taxpayer on its monthly long distance invoices from Sprint and MCI. It is Taxpayer's understanding that the excise taxes were reported on Forms 720 filed by Sprint and MCI.

The aforementioned services should not be subject to excise tax because they do not meet the statutory definition of taxable toll telephone services as provided in 26 U.S.C § 4252. The charges imposed on the services at issue do not vary with both distance and elapsed time as required by 26 U.S.C § 4252 (b)(1), but only elapsed time. The services purchased by the Taxpayer from Sprint and MCI do not constitute wide area telephone services ("WATS") as defined in 26 U.S.C. § 4252 (b)(2) because the services at issue are not flat rated for unlimited usage but are determined by an agreed upon rate that varies by the duration of each individual call.

07/27/2005 13:16 9788489128 QUALXSERV PAGE 02

Jul-27-05 10:58 From-TROUTMAN SANDERS LLP +4048853900 T-209 P.02/05 F-982

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date / /

**Part I** Power of Attorney

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Qualxserv<br>838 North Street<br>Tewksbury, MA 01876 | | 13:4114547 |
| | Daytime telephone number ( ) | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Robert P. Williams, II<br>Troutman Sanders LLP<br>600 Peachtree St., NE, Suite 5200 Atlanta, GA 30308 | CAF No. ............<br>Telephone No. (404) 885-3438<br>Fax No. (404) 962-6721<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ............<br>Telephone No. ............<br>Fax No. ............<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. ............<br>Telephone No. ............<br>Fax No. ............<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Excise | 720 | 2001-2005 |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific uses not recorded on CAF . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ............

............

............

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶



Exhibit A
Page 7

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box . . . ▶ ☐

b If you do not want any notices or communications sent to your representative(s), check this box . . . ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here. . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

Brian MacNeal (signature) — 7/27/05 — Finance Director

Signature — Date — Title (if applicable)

Brian MacNeal

Print Name — ☐☐☐☐☐ PIN Number — Print name of taxpayer from line 1 if other than individual

Signature — Date — Title (if applicable)

Print Name — ☐☐☐☐☐ PIN Number

**Part II Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer—a bona fide officer of the taxpayer's organization.
e Full-Time Employee—a full-time employee of the taxpayer.
f Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See Unenrolled Return Preparer on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | GA | (signature) | 7/28/05 |
| | | | |
| | | | |

7003 3110 0004 0940 9766

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.60 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $4.65 |

Postmark Here — CIVIC CENTER STATION — JUL 28 2005

Sent To: Internal Revenue Service
Street, Apt. No.; or PO Box No.
City, State, ZIP+4: Cincinnati, OH 45999-0002

PS Form 3800, June 2002 — See Reverse for Instructions

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "*Return Receipt Requested*" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Internal Revenue Service
Cincinnati, OH 45999-0002

(Qualxserv/Yost)

4a. Article Number
7003 3110 0004 0940 9766

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
INTERNAL REVENUE SERVICE
RECEIVED

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*
AUG 0 2 2005

6. Signature: *(Addressee or Agent)*
X

SERVICE CENTER DIRECTOR
COVINGTON, KY
MAIL UNIT: R10

PS Form **3811**, December 1994 102595-97-B-0179 Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

# EXHIBIT B

IRS Department of the Treasury Internal Revenue Service

CINCINNATI OH 45999-0062

000333.199534.0004.001 1 MB 0.309 532

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

000333

The IRS address must appear in the window.

2681438904

BODCD-LM

Letter Number: LTR0086C
Letter Date : 2005-09-08
Tax Period : 200206

*134114547*

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062

Exhibit B
Page 2

134114547 RV 0000 03 2 200206 000 00000000000

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2681438904
Sep. 08, 2005 LTR 86C E0
13-4114547 200206 03 000
00657
BODC: LM

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

000333

Taxpayer Identification Number: 13-4114547
Tax Period(s): June 30, 2002 Sep. 30, 2002
Dec. 31, 2002 Mar. 31, 2003
Form: 8849

Dear Taxpayer:

Thank you for your Form 8849 received on July 28, 2005.

We're sending your claim Form 8849, to the Area Office for review. That offices will contact you within 120 days.

If you have any questions, please contact the office where we've transferred your case by calling Denyse duclos at 508-895-8845 between the hours of 7:00AM and 3:30PM CST. If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to that office at the address we've provided in this letter.

Whenever you write, please include a copy of this letter with your response. Use the space below to indicate a telephone number and the best time for us to call you should we need more information. Keep a copy of this letter and any information that you send to us for your records.

Telephone Number ( )________________________ Hours________________

2681438904
Sep. 08, 2005 LTR 86C E0
13-4114547 200206 03 000
00658

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

We apologize for any inconvenience, and thank you for your cooperation.

Sincerely yours,

Mary Jo Williams

Mary Jo Williams, Operations Mgr.
Centralized Excise

To: Internal Revenue Service
410 Amherst St Group 1235
Nashua, NH 03063

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

000332.199534.0004.001 1 MB 0.309 532

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

000332

The IRS address must appear in the window.

2681438904

BODCD-LM

Letter Number: LTR0086C
Letter Date : 2005-09-08
Tax Period : 200306

*134114547*

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062

Exhibit B
Page 5

134114547 RV 0000 03 2 200306 000 00000000000

IRS Department of the Treasury Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2681438904
Sep. 08, 2005 LTR 86C E0
13-4114547 200306 03 000
00659
BODC: LM

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

000332

Taxpayer Identification Number: 13-4114547
Tax Period(s): June 30, 2003 Sep. 30, 2003
Dec. 31, 2003 Mar. 31, 2004
Form: 8849

Dear Taxpayer:

Thank you for your Form 8849 received on July 28, 2005.

We're sending your claim Form 8849, to the Area Office for review. That offices will contact you within 120 days.

If you have any questions, please contact the office where we've transferred your case by calling Denyse duclos at 508-895-8845 between the hours of 7:00AM and 3:30PM CST. If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to that office at the address we've provided in this letter.

Whenever you write, please include a copy of this letter with your response. Use the space below to indicate a telephone number and the best time for us to call you should we need more information. Keep a copy of this letter and any information that you send to us for your records.

Telephone Number (   )______________________ Hours______________

2681438904
Sep. 08, 2005 LTR 86C E0
13-4114547 200306 03 000
00660

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

We apologize for any inconvenience, and thank you for your cooperation.

Sincerely yours,

Mary Jo Williams

Mary Jo Williams, Operations Mgr.
Centralized Excise

To: Internal Revenue Service
410 Amherst St Group 1235
Nashua, NH 03063

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

0)0331.199534.0004.001 1 MB 0.309 532

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

000331

The IRS address must appear in the window.

2681438904

BODCD-LM

Letter Number: LTR0086C
Letter Date : 2005-09-08
Tax Period : 200406

*134114547*

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062



134114547 RV 0000 03 2 200406 000 00000000000

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2681438904
Sep. 08, 2005 LTR 86C E0
13-4114547 200406 03 000
00661
BODC: LM

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

000331

Taxpayer Identification Number: 13-4114547
Tax Period(s): June 30, 2004 Sep. 30, 2004
Dec. 31, 2004 Mar. 31, 2005
Form: 8849

Dear Taxpayer:

Thank you for your Form 8849 received on July 28, 2005.

We're sending your claim Form 8849, to the Area Office for review. That offices will contact you within 120 days.

If you have any questions, please contact the office where we've transferred your case by calling Denyse duclos at 508-895-8845 between the hours of 7:00AM and 3:30PM CST. If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to that office at the address we've provided in this letter.

Whenever you write, please include a copy of this letter with your response. Use the space below to indicate a telephone number and the best time for us to call you should we need more information. Keep a copy of this letter and any information that you send to us for your records.

Telephone Number ( )______________________________ Hours________________

Exhibit B
Page 9

2681438904
Sep. 08, 2005 LTR 86C E0
13-4114547 200406 03 000
00662

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

We apologize for any inconvenience, and thank you for your cooperation.

Sincerely yours,

Mary Jo Williams

Mary Jo Williams, Operations Mgr.
Centralized Excise

To: Internal Revenue Service
410 Amherst St Group 1235
Nashua, NH 03063

IRS Department of the Treasury Internal Revenue Service

CINCINNATI OH 45999-0062

000330.199534.0004.001 1 MB 0.309 532

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

000330

The IRS address must appear in the window.

2681438904

BODCD-LM

Letter Number : LTR0086C
Letter Date : 2005-09-08
Tax Period : 200506

*134114547*

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062

134114547 RV 0000 03 2 200506 000 00000000000

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2681438904
Sep. 08, 2005 LTR 86C E0
13-4114547 200506 03 000
00663
BODC: LM

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

000330

Taxpayer Identification Number: 13-4114547
Tax Period(s): June 30, 2005

Form: 8849

Dear Taxpayer:

Thank you for your Form 8849 received on July 28, 2005.

We're sending your claim Form 8849, to the Area Office for review. That offices will contact you within 120 days.

If you have any questions, please contact the office where we've transferred your case by calling Denyse duclos at 508-895-8845 between the hours of 7:00AM and 3:30PM CST. If the number is outside your local calling area, there will be a long-distance charge to you.

If you prefer, you may write to that office at the address we've provided in this letter.

Whenever you write, please include a copy of this letter with your response. Use the space below to indicate a telephone number and the best time for us to call you should we need more information. Keep a copy of this letter and any information that you send to us for your records.

Telephone Number (    )______________________ Hours________________

2681438904
Sep. 08, 2005 LTR 86C E0
13-4114547 200506 03 000
00664

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

We apologize for any inconvenience, and thank you for your cooperation.

Sincerely yours,

Mary Jo Williams

Mary Jo Williams, Operations Mgr.
Centralized Excise

To: Internal Revenue Service
410 Amherst St Group 1235
Nashua, NH 03063

# EXHIBIT C

IRS Department of the Treasury Internal Revenue Service

CINCINNATI OH 45999-0062

7183 6086 6454 8026 8750

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

The IRS address must appear in the window.

2681426839

BODCD-LM

Letter Number: LTR0105C
Letter Date : 2005-08-24
Tax Period : 200203

*134114547*

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0062

Exhibit C
Page 2

134114547 RV 0000 03 2 200203 000 00000000000

IRS Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0062

In reply refer to: 2681426839
Aug. 24, 2005 LTR 105C E1
13-4114547 200203 03 000
02414
BODC: LM

71836086645480268750

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

CERTIFIED MAIL

Taxpayer Identification Number: 13-4114547
Kind of Tax: Excise
Date of Claim(s) Received: Aug. 02, 2005
Tax Period : Mar. 31, 2002

WE COULDN'T ALLOW YOUR CLAIM

Dear Taxpayer:

WHY WE'RE SENDING YOU THIS LETTER
This letter is your notice that we've disallowed your claim for credit for the period shown above.

WHY WE CANNOT ALLOW YOUR CLAIM
The attachment to this letter explains why we have disallowed this claim. The other claims are being sent on for further review.

IF YOU DISAGREE

You may appeal our decision with the Appeals Office (which is independent of our office) if we disallowed your claim because our records show that you filed your claim late. Generally, a claim is late if you filed it the later of:

- 3 years from the return due date of a timely filed, unextended return
- 3 years from the date we received a late return or a timely filed, extended return
- 2 years after you paid the tax

In addition, the amount of any credit or refund for a claim filed within three years of the tax return is limited to amounts paid within the three years before filing the claim plus the period of any extension of time granted for filing the tax return. Similarly, the amount of a claim filed within the two-year period is limited to the amount paid within the two years before filing the claim. The Appeals Office cannot change the amount of time the law allows you to file a claim for refund or credit.

2681426839
Aug. 24, 2005 LTR 105C E1
13-4114547 200203 03 000
02415

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

If you decide to appeal our decision, you should provide us with an explanation of why you consider your claim was filed on time; for example, you had an extension of time to file your original tax return. We will consider your explanation before forwarding your request to the Appeals Office.

Note: reasonable cause or similar explanations that may provide an excuse for relief from a penalty for the late filing of a tax return cannot change the time limitations for filing a claim set by law. Please review Publication 556, Examination of Returns, Appeals Rights, and Claims for Refund, to see if you qualify for an exception provided by law; for example, you were "financially disabled," you were serving in a combat zone, or your claim involves an item that has a filing period in excess of the general three-year period.

You have the right to appeal our decision to disallow your claim. You may represent yourself before Appeals. You may have an attorney, certified public accountant, or person enrolled to practice before the Internal Revenue Service represent you. To have someone represent you, attach Form 2848, Power of Attorney and Declaration of Representative, (or similar written power of attorney) to your written statement.

You may request a small dollar case appeal for a disallowed claim that is less than $25,000 or prepare a formal protest for a disallowed claim over $25,000.

To request a small dollar case appeal for a claim, do the following:

1. State that you want to appeal.
2. List the disallowed items you disagree with and why you don't agree with each item.
3. Provide your name, address, taxpayer identification number, daytime telephone number, and a copy of this letter.
4. Mail your appeal request to the address shown on this letter.

To prepare a formal protest, do the following:

1. Prepare a written statement that you want to appeal the disallowance to the Appeals Office.
2. Provide your name, address, taxpayer identification number, a daytime telephone number, and a copy of this letter. Show the tax periods or years and disallowed items you disagree with and why you don't agree with each item.
3. Include a detailed statement of facts with names, amounts, locations, etc. to support your reasons for disputing the disallowance.

2681426839
Aug. 24, 2005 LTR 105C E1
13-4114547 200203 03 000
02416

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

4. If you know the particular law or authority that supports your position, you should inform us of that law or authority. Please include a legal citation to assist in the appeals process that supports your claim, if applicable.
5. Sign the statement below and include it with your written appeal. If your authorized representative prepares the request for an appeal, he/she must sign the statement and include it with the appeal.
6. Mail your written formal protest to the address shown on this letter.

STATEMENT BY INDIVIDUALS OR SOLE PROPRIETORS

"Under penalties of perjury, I declare that the facts present on my written appeal are, to the best of my knowledge and belief, true, correct, and complete."

______________________________ ____________
Signature Date

______________________________ ____________
Spouse's Signature, if a Joint Return Date

STATEMENT BY ENROLLED AGENT

"Under penalty of perjury, I declare that I prepared the written statement and accompanying documents. I know personally that the protest and accompanying documents are true and correct."

______________________________ ____________ ________
Signature of Agent Enrollment Number Date

If you do not agree with our decision, you may file suit to recover tax, penalties, or other amounts, with the United States District Court having jurisdiction or with the United States Claims Court. These courts are part of the judiciary branch of the federal government and have no connection with the Internal Revenue Service.

The law permits you to do this within 2 years from the date of this letter. If you decide to appeal our decision first, the 2-year period still begins from the date of this letter. However, if you signed an agreement that waived your right to the notice of disallowance (Form 2297), the period for filing suit begins on the date you filed the waiver.

2681426839
Aug. 24, 2005 LTR 105C EI
13-4114547 200203 03 000
02417

QUALXSERV LLC
ZYSKIND BARRY D SOLE MEMBER
836 NORTH ST
TEWKSBURY MA 01876-1253999

HOW TO CONTACT US

If you have any questions, please call Mr. Sproul at 859-669-2374 between the hours of 8:00 AM and 4:00 PM EDT. If the number is outside your local calling area, there will be a long-distance charge to you. If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number ( )________________________ Hours________________

Sincerely yours,

W. Ricky Stiff

W. Ricky Stiff
Chief, Excise Program

Enclosure(s):
Publication 1
Attachment to Letter

## ATTACHMENT TO LETTER

| NAME<br>Qualxserv LLC | Year(s)/Period(s) Ended<br>03/31/02 |
|---|---|

**DISALLOWANCE**

We cannot allow the period listed above for the following reason:

1. The following period has been filed late:

| PERIOD | DUE DATE |
|---|---|
| 03/31/02 | 04/30/05 |

These claims were postmarked 07/28/05.

Per Internal Revenue Code section 6511(a) "Period of Limitation on Filing Claim – Claim for credit or refund of an overpayment of any tax imposed by this title in respect of which tax the taxpayer is required to file a return shall be filed by the taxpayer within **3 years from the time the return was filed or 2 years from the time the tax was paid**, whichever of such periods expires the later, or if no return was filed by the taxpayer, within 2 years from the time the tax was paid. Claim for credit or refund of an overpayment of any tax imposed by this title which is required to be paid by means of a stamp shall be filed by the taxpayer within 3 years from the time tax was paid."