# In The United States Court of Federal Claims

## Cover Sheet 06-188-T

Plaintiff(s) or Petitioner(s)
Qualxserv, LLC
836 North Street, Tewksbury, Massachusetts 01876

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Thomas E. Borton

Firm Name: Troutman Sanders LLP

Post Office Box:

Street Address: 600 Peachtree Street, N. E.

City-State-Zip: Atlanta, Georgia 30308

Telephone & Facsimile Numbers: Phone: (404) 885-3275 Fax: (404) 962-6859

E-mail address: thomas.borton@troutmansanders.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 0 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: 0

**See attached Sheet for three digit code.**

Amount Claimed: $ 32,456.57

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005