ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLA**

FILED
FEB 2 2 2006
U.S. COURT OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| **QUALXSERV, LLC** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | No. 06-138 T |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Qualxserv, LLC hereby states that no parent corporation or publicly held corporation owns more than 10% of Qualxserv, LLC's stock.

This 16th day of February 2006.

TROUTMAN SANDERS LLP

[signature]

Thomas E. Borton IV
Georgia Bar No. 068733

Attorney for Plaintiff Qualxserv, LLC

5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3275
(404) 962-6859 (fax)