# In the United States Court of Federal Claims

No. 06-138 T
(E-Filed: June 19, 2006)

| | |
|---|---|
| QUALXSERV, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Defendant's First Amended Answer has been delivered to chambers with a notation of the Clerk of the Court that it is untimely filed because, notwithstanding plaintiff's consent thereto, an Amended Answer must be filed within twenty days of the filing of the initial Answer and later only with leave of court. Rule 15(a) of the Rules of the Court of Federal Claims (RCFC). The court GRANTS LEAVE to file defendant's First Amended Answer.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge