# In the United States Court of Federal Claims

No. 06-138 T
(E-Filed: June 19, 2006)

| | |
|---|---|
| QUALXSERV, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the Joint Preliminary Status Report filed by the parties on June 15, 2006, the court waives, at the request of the parties and until further order of the court, the requirement that the parties file initial disclosures under Rule 26(a) of the Rules of the Court of Federal Claims (RCFC). Plaintiff shall file its amended complaint on or before July 14, 2006 and defendant shall file its answer no later than twenty-eight days thereafter. The parties shall file monthly, beginning July 14, 2006, and monthly thereafter on or before the fifteenth of each month, a joint status report detailing their progress in resolving the case.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge