No. 06-138 T
Judge Emily C. Hewitt

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

QUALXSERV, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's order, dated June 19, 2006.

Plaintiff in this case seeks a refund of the federal communications excise tax for taxable quarters ended March 31, 2002, through June 30, 2005. Defendant's motion to dismiss plaintiff's claim for refund for the tax quarter ending March 31, 2002, for lack of jurisdiction is currently pending before the Court.

Plaintiff has informally provided defendant with what it intends as substantiating evidence regarding the payment of the excise taxes in dispute in this case. Defendant has reviewed the documents received from plaintiff, and the parties are engaged in discussion as to the proper amount, if any, of refund due to plaintiff. The parties do not know of any other information of which the Court should be aware at this point in the litigation.

Respectfully submitted,

s/Thomas Borton
THOMAS E. BORTON, IV
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, Georgia 30308
Voice: (404) 885-3000
Fax: (404) 885-3900
Email: thomas.borton@troutmansanders.com
Dated: July 14, 2006

Attorney for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claim Section
STEVEN I. FRAHM
Assistant Chief

s/Steven Frahm
Of Counsel

Dated: July 14, 2006

Attorneys for Defendants