No. 06-138 T
Judge Emily C. Hewitt

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

QUALXSERV, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's order, dated June 19, 2006.

Plaintiff in this case seeks a refund of the federal communications excise tax for taxable quarters ended March 31, 2002, through June 30, 2005. On June 14, 2006, defendant moved to dismiss for lack of jurisdiction plaintiff's claim for refund for the tax quarter ending March 31, 2002. On August 14, 2006, plaintiff asked and defendant agreed to file a stipulation of dismissal, without prejudice, of plaintiff's claim for the tax quarter ending March 31, 2002.

On June 15, 2006, plaintiff informally provided defendant with what it intended as substantiating evidence regarding the payment of the excise taxes in dispute in this case. By the end of June, defendant had reviewed the documents received from plaintiff and requested further documentation. Plaintiff is currently preparing its response to defendant's request, and the

parties are engaged in discussion as to the proper amount of refund due to plaintiff. The parties do not know of any other information of which the Court should be aware at this point in the litigation.

Respectfully submitted,

s/Thomas Borton
THOMAS E. BORTON, IV
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, Georgia 30308
Voice: (404) 885-3000
Fax: (404) 885-3900
Email: thomas.borton@troutmansanders.com
Dated: August 15, 2006

Attorney for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claim Section
STEVEN I. FRAHM
Assistant Chief

s/Steven Frahm
Of Counsel

Dated: August 15, 2006

Attorneys for Defendants