**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **QUALXSERV, LLC** | ) | |
| | ) | |
| | ) | **No. 06-138 T** |
| **Plaintiff,** | ) | **Judge Emily C. Hewitt** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNITED STATES** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF CLAIM CONTAINED IN COUNT II OF PLAINTIFF'S COMPLAINT**

Pursuant to the Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, Plaintiff and Defendant hereby jointly stipulate to dismissal without prejudice of Plaintiff's claim currently pending in this lawsuit for the tax quarter ending March 31, 2002. This claim, contained in Count II of Plaintiff's Complaint filed on February 16, 2006, represents $2,447.11 in federal excise taxes that Plaintiff alleged to have overpaid during the tax quarter ending March 31, 2002.

This 16th day of August, 2006.

AGREED AND CONSENTED TO BY:

s/Thomas Borton

THOMAS E. BORTON, IV
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, Georgia 30308
Voice: (404) 885-3000
Fax: (404) 885-3900
Email: thomas.borton@troutmansanders.com
Dated: August 15, 2006

Attorney for Plaintiff

s/Jacob Christensen / by Thomas Borton w/ express permission
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claim Section
STEVEN I. FRAHM
Assistant Chief

s/ Steven Frahm/ by Thomas Borton w/ express permission
Of Counsel

Dated: August 15, 2006

Attorneys for Defendants