No. 06-138 T
Judge Emily C. Hewitt

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

QUALXSERV, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's order, dated June 19, 2006.

Plaintiff in this case seeks a refund of the federal communications excise tax for taxable quarters ended June 30, 2002, through June 30, 2005. On August 31, 2006, plaintiff made an offer to settle this case. Defendant subsequently requested further substantiating evidence of the amount of refund due to plaintiff, and plaintiff is preparing to produce such evidence. Counsel for the parties do not anticipate any further issues to impede settlement progress. Defendant continues to take plaintiff's offer under advisement.

The parties do not know of any other information of which the Court should be aware at this point in the litigation.

Respectfully submitted,

s/Thomas Borton
THOMAS E. BORTON, IV
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, Georgia 30308
Voice: (404) 885-3000
Fax: (404) 885-3900
Email: thomas.borton@troutmansanders.com
Dated: October 13, 2006

Attorney for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claim Section
G. ROBSON STEWART
Reviewing Attorney

s/G. Robson Stewart
Of Counsel

Dated: October 13, 2006

Attorneys for Defendants