# In the United States Court of Federal Claims

No. 06-138 T
(E-Filed: October 18, 2006)

| | |
|---|---|
| QUALXSERV, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Status Report (JSR) filed on October 13, 2006. The JSR states that plaintiff "made an offer to settle this case," JSR 1, that defendant "subsequently requested further substantiating evidence of the amount of refund due to plaintiff," id., and that "plaintiff is preparing to produce such evidence," id.

The parties shall continue to file monthly, on or before the fifteenth of each month, a joint status report detailing their progress in resolving the case. The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge