No. 06-138 T
Judge Emily C. Hewitt

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

QUALXSERV, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

The parties have reached a basis for the settlement of this case. Defendant has instructed the Internal Revenue Service to process overpayments of excise tax according to the settlement agreement. Once the overpayment is processed, the parties intend to file a motion for voluntary dismissal, pursuant to Rule 41(a).

The parties do not know of any other information of which the Court should be aware.

Respectfully submitted,

s/Thomas Borton
THOMAS E. BORTON, IV
Troutman Sanders LLP
600 Peachtree Street, NE
Suite 5200
Atlanta, Georgia 30308
Voice: (404) 885-3000
Fax: (404) 885-3900
Email: thomas.borton@troutmansanders.com
Dated: December 15, 2006

Attorney for Plaintiff

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claim Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart
Of Counsel

Dated: December 15, 2006

Attorneys for Defendants